No. 01–1028. CITY OF SAN ANTONIO ET AL. *v.* STUCKY, DBA BILL'S WRECKER SERVICE, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Columbus* v. *Ours Garage & Wrecker Service, Inc., ante,* p. 424.

No. 01–1206. CITY OF DALLAS *v.* COLE. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Columbus* v. *Ours Garage & Wrecker Service, Inc., ante,* p. 424.

No. 01–9821. BROWN *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 01–9828. GLADSTONE *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2286. IN RE DISBARMENT OF MARKS. Disbarment entered. [For earlier order herein, see 535 U. S. 902.]

No. D–2287. IN RE DISBARMENT OF BUSHLOW. Disbarment entered. [For earlier order herein, see 535 U. S. 902.]

No. D–2290. IN RE DISBARMENT OF GRIDER. Disbarment entered. [For earlier order herein, see 535 U. S. 902.]

No. D–2291. IN RE DISBARMENT OF BAILEY. Disbarment entered. [For earlier order herein, see 535 U. S. 924.]